IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 7:14-CR-38 (HL) |
| v. : | |
| : | INFORMATION |
| KEVIN MURPHY : | |
| : | |
| Defendant. : | |
| : | |

FILED
OCT 15 2014
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

Possession with Intent to Distribute Hydrocodone – 21 U.S.C. § 841(a)(1)

From on or about May 1, 2009 and continuing to on or about November 6, 2009, in the Valdosta Division of the Middle District of Georgia and elsewhere,

**KEVIN MURPHY,**

defendant herein, aided and abetted by others both known and unknown to the United States, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of a Schedule III controlled substance, to wit: hydrocodone; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i) and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE
(21 U.S.C. § 853-Criminal Forfeiture)

1. The allegation contained in Count One of this Information is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the offense(s) in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i) set forth in Count One of this Information, the defendant,

**KEVIN MURPHY,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used, or intended to be used in any manner or part to commit, or to facilitate the commission of, the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p).

All as provided by Title 21, United States Code, Section 853.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

By: _____
Peter D. Leary
Assistant United States Attorney