IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 7:14-CR-38 (HL) |
| v. | |
| KEVIN MURPHY, | |
| Defendant. | |

FILED
OCT 15 2014
/s/ Paul
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## WAIVER OF INDICTMENT

I, KEVIN MURPHY, the above named defendant, who is accused of the offense of Possession with Intent to Distribute Hydrocodone, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i) and Title 18, United States Code, Section 2, after having been advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on this 15th day of October, 2014, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

/s/ Kevin Murphy
KEVIN MURPHY
DEFENDANT

/s/ J. Converse Bright
J. CONVERSE BRIGHT
ATTORNEY FOR DEFENDANT

Before: /s/ Hugh Lawson  10/15/14
THE HONORABLE HUGH LAWSON
JUDGE, UNITED STATES DISTRICT COURT