IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CASE NO.: 7:14-CR-38 (HL) |
| v. : | |
| KEVIN MURPHY : | |

FILED
JAN 29 2015
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

### FINAL ORDER OF FORFEITURE

WHEREAS, the Defendant, Kevin Murphy, pled guilty to a written Plea Agreement to Count One of the Information charging that Defendant, aided and abetted by others both known and unknown to the United States, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of a Schedule III controlled substance, to wit: hydrocodone; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(E)(i);

WHEREAS, pursuant to his Plea Agreement, the Defendant agreed to forfeit a sum of money in the form of a personal money judgment, and the Government's intent seeking a final order of forfeiture in the amount of one hundred fifty thousand dollars ($150,000.00), representing the amount of funds that constitute or were derived from proceeds traceable to the commission of the aforesaid violation(s) of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(E)(i) (hereinafter referred as the "Subject Property");

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;"

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 21 U.S.C. § 853, 18 U.S.C. § 3554, and Rule 32.2, Federal Rules of Criminal Procedure, the Subject Property is hereby forfeited to the United States.

2. No notice or ancillary proceeding is necessary to the extent that this Order consists solely as a judgment for a sum of money. FED. R. CRIM. P. Rule 32.2(c)(1).

3. Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Final Order of Forfeiture shall become final as to the Defendant, and forfeiture was included in the judgment.

4. The United States shall have clear title to the subject property. As issued this date, this Order consists solely of a judgment for a sum of money for which the Defendant and related Defendant Wayne Murphy are liable for and satisfied at the time of sentencing via cashier's check to the United States Marshals Service.

5. The Court shall retain jurisdiction, in this case for the purpose of enforcing this Order.

SO ORDERED, this _14_ day of _January_ 2015.

_____
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 052683