NGAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**  
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

FILED  
MAY 25 2017  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.  Crim. No. 7:14-CR-00038-001 (HL)

**KEVIN MURPHY**

On December 21, 2015, the supervised release period of 24 months commenced. Kevin Murphy has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Kevin Murphy be discharged from supervision.

Respectfully submitted,

Shawn D. Bostick  
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 25 day of May, 2017.

HUGH LAWSON  
SENIOR U.S. DISTRICT JUDGE